UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

**Colin Jackson**,

Debtor.

_____/

Chapter 13

Case No. 15-10357-JKO

## OBJECTION TO CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN (D.E. # 51)

Secured Creditor, Bank of America, N.A. ("Creditor"), by and through undersigned counsel, hereby files this Objection to Confirmation of Debtor's Second Amended Chapter 13 Plan (D.E. #51) (the "Plan"), and states as follows:

1. The Debtor, Colin Jackson (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on January 8, 2015.

2. Creditor holds the note and mortgage security in the loan to which the Debtor is a signor on the Mortgage only in the amount of $643,662.00 to purchase the real estate property located at 700 Edgebrook Lane, West Palm Beach, FL 33411. The loan is secured by a Mortgage and Note dated March 29, 2007; the mortgage having been recorded in Official Records Book 21767, at Page 0442, of the Public Records of Palm Beach County, Florida. The legal description of the property is as follows:

> **Lot 13, Wellington View, according to the Plat thereof, as recorded in Plat Book 102, at Page 40, of the Public Records of Palm Beach County, Florida.**

3. The Plan fails to make any provision for Secured Creditor's claim and fails to otherwise indicate how the Property is being treated in the Second Amended Chapter 13 Plan. Secured Creditor's lien is secured by a mortgage and should be listed in the Debtor's Schedule D, and not in Schedule F only. Secured Creditor asks that Debtor amend his Plan to surrender his interest, if that is his intention, and to amend Schedule D to include Bank of America, N.A.

*MLG File No. 12-01867*

4.  Creditor does not accept the terms of the Debtor's Plan.

5.  Based on the foregoing, Creditor objects to confirmation of the proposed Plan..

**WHEREFORE**, Secured Creditor respectfully requests entry of an order which denies confirmation of the Debtor's Second Amended Plan unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as to the Court may deem just and proper.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to the parties listed on the Service List below on June 25, 2015.

Respectfully Submitted,

Marinosci Law Group, P.C.
Attorney for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (954) 772-9601
Email: cdelisser@mlg-defaultlaw.com

/s/ Connie J. Delisser
Connie J. Delisser, Esq.
Florida Bar No. 293740

## SERVICE LIST

**Robin R Weiner, Trustee**
POB 559007
Fort Lauderdale, FL 33355

**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Colin Jackson**
4850 Hibbs Grove Way
Cooper City, FL 33330

**Lawrence A Levine, Esq.**
100 S Pine Island Rd. #128
Plantation, FL 33324

*MLG File No. 12-01867*